AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Warren L. Pearson<br>*Plaintiff*<br>v.<br>Warden of Allendale Correctional Institutional Facility et al<br>*Defendant* | )<br>)<br>)  Civil Action No.   4:11-cv-952-RBH<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge.  The Court adopts the Report and Recommendation of the Magistrate Thomas E. Rogers, III.

Date:  July 12, 2011                         *CLERK OF COURT*

                                             s/Debbie Stokes
                                             *Signature of Clerk or Deputy Clerk*